# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES<br><br>Plaintiff(s),<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–09482–ODW–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __7/17/2023__

Document No.: __14__

Title of Document:   __REQUEST to Proceed In Forma Pauperis, Declaration in Support filed by plaintiff Antwone Stokes.__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

Filer has erroneously set the request for Hearing on Judge's Motion calendar for 8/18/23 8:30 AM, no such hearing appears on pdf document nor is hearing required for the CV–60 request form

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __July 18, 2023__         By: __/s/ Linda Chai  Linda_Chai@cacd.uscourts.gov__
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS