UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-09482-ODW-AGR | Date | July 31, 2023 |
|---|---|---|---|
| Title | *Antwone Stokes v. Los Angeles County Sheriff, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**

As explained in prior orders, Antwone Stokes ("Plaintiff") filed a *pro se* civil rights Complaint and an accompanying request to proceed *in forma pauperis*, but he was unable to provide the necessary supporting documentation to complete his request after repeated opportunities to do so. (ECF Nos. 4, 7.) Later, counsel appeared on behalf of Plaintiff, and this Court requested counsel to either: (1) assist Plaintiff with filing a fully completed request to proceed *in forma pauperis*; or (2) pay the full filing fee of $402; or (3) voluntarily dismiss the action. (ECF Nos. 10-11, 13.)

Instead, counsel filed another incomplete request to proceed *in forma pauperis* missing, among other things, the statutorily required prisoner account statement (or institutional equivalent) for the previous six months identified in the prior orders and on the Court's CV-60P form request previously sent to Plaintiff, which is also available on the Court's website (ECF Nos. 4, 7, 14). *See* 28 U.S.C. § 1915(a)(2).

Accordingly, this action is DISMISSED without prejudice to refiling with a fully completed request to proceed *in forma pauperis* or payment of the full filing fee.

**IT IS SO ORDERED.**